**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CEDRIC REID,

                Plaintiff,                      20 **CIVIL** 644 (GBD)(JLC)

     -against-                                  **JUDGMENT**

THE CITY OF NEW YORK, et al.,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 14, 2021, Magistrate Judge Cott's Report is ADOPTED. Defendants' motions to dismiss Plaintiff's complaint, (ECF Nos. 45 and 51), are GRANTED.

**Dated:**  New York, New York
           September 15, 2021

                                                        **RUBY J. KRAJICK**
                                                       _____
                                                        **Clerk of Court**
                  **BY:**     *K. Mango*
                                                        _____
                                                         **Deputy Clerk**