UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CEDRIC REID,

                Plaintiff,                      20 **CIVIL** 644 (GBD)(JLC)

     -against-                           **JUDGMENT**

THE CITY OF NEW YORK, NYC HEALTH AND
HOSPITALS, ALLEN RILEY, ANOTHONY J.
ANNUCCI, OSBOURNE A. McKAY, ROBERT
MORTON, MICHAEL CAPRA, RAZIA
FERDOUS, V. MONROE (Nurse Practitioner
#0428),

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 29, 2022, Magistrate Judge Cott's Report is ADOPTED. Defendants' motions to dismiss the Amended Complaint, (ECF Nos. 92 and 97), are GRANTED. Plaintiff's Amended Complaint is DISMISSED with prejudice.

**Dated:**  New York, New York
         June 29, 2022

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                   **BY:**    *K. Mango*

                                                 **Deputy Clerk**